NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-301

ROSALYN ANN SMALL

VERSUS

ERIC MARK TRAHAN, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 70497-L
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

Mel Lewis Credeur
Attorney at Law
P. O. Box 51867
Lafayette, LA 70505-1867
(337) 232-3081
Counsel for Plaintiff/Appellant:
Rosalyn Ann Small

**Matthew Joseph Hill, Jr.**
**Attorney at Law**
**4010 West Congress, Suite 207**
**Lafayette, LA 70506**
**(337) 989-8100**
**Counsel for Defendants/Appellees:**
**State Farm Fire & Casualty Company**
**Eric Mark Trahan**
**Sondra Rivette**